# IN THE SUPREME COURT OF THE STATE OF NEVADA

LORI IRISH, AN INDIVIDUAL,
Appellant,
vs.
DESERT TRAILS COMMUNITY
ASSOCIATION; FIRSTSERVICE
RESIDENTIAL; AND NEVADA, LLC,
Respondents.

No. 81211

**FILED**

JUN 2 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on May 20, 2020, without payment of the requisite filing fee. That same day, this court issued a notice directing appellant to pay the required filing fee within ten days. On June 4, 2020, appellant filed a motion to proceed in forma pauperis. On June 11, 2020, this court directed appellant to either pay the filing fee or seek leave to proceed in forma pauperis in the district court pursuant to NRAP 24(a). Appellant was cautioned that failure to properly seek leave to proceed in forma pauperis or pay the filing fee within 30 days will result in dismissal of this appeal.

On June 12, 2020, appellant filed a second motion to proceed in forma pauperis in this court. Because appellant has failed to properly seek leave to proceed in forma pauperis in the district court or pay the filing fee as directed in this court's June 11, 2020, order, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc:   Lori Irish
      Wood, Smith, Henning & Berman, LLP/Las Vegas

20-23611